UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| SARAH J. HORNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:20-cv-00056 SI<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $6,441.18 be awarded to Plaintiff. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall mail the check to Plaintiff's attorney at: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

    There are no other costs or expenses to be paid herein.

Dated this  18  of  February , 2021.

                                           /s/ Michael H. Simon
                                           United States Judge/Magistrate

Prepared by:
John E. Haapala
Attorney for Plaintiff

ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT